# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE RAFAEL VELEZ OVALLES,<br><br>Debtor.<br>_____<br>HERBALBERT EMIL COFRESI ORTIZ,<br><br>Plaintiff,<br><br>VS.<br><br>JOSE RAFAEL VELEZ OVALLES,<br><br>Defendant.<br>_____ | CASE NO. 15-06006 (EAG)<br><br><br><br>ADVERSARY NO. 15-00270 (EAG)<br><br><br><br><br><br>FILED & ENTERED ON 06/18/2020 |

## JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

Per the opinion and order entered by the court on even date at docket number 59, the complaint in this adversary proceeding is hereby dismissed with prejudice.

In Ponce, Puerto Rico, this 18th day of June, 2020.

*Edward A. Godoy*

Edward A. Godoy
U.S. Bankruptcy Judge